UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD DUGAS (#314846)

VERSUS

WARDEN BURL CAIN, ETA L

CIVIL ACTION

NO. 09-177-BAJ-CN

RULING

The Court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 20, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the defendants' motion for summary judgment (docs. 18 and 32), shall be granted, dismissing the plaintiff's claims asserted herein, and this action shall be dismissed, with prejudice.

Baton Rouge, Louisiana, November 12, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA